UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS LEE GUDINAS,

    Petitioner,

v.                                                CASE NO. 6:02-cv-1198-Orl-19KRS

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.

## **ORDER**

This case is before the Court pursuant to a petition for writ of habeas corpus filed by Thomas Lee Gudinas. Respondents shall file a specific response to Petitioner's petition for writ of habeas corpus within one hundred twenty (120) days from the date of this Order.

As part of the response, Respondents shall also do the following:

(1) Summarize the results of any direct appellate and/or post-conviction relief sought by petitioner to include citation references and copies of all published opinions. Provide copies of appellant and appellee briefs from every appellate and/or post conviction proceeding.

(2) State whether an evidentiary hearing was accorded Petitioner in the pre-trial, trial and/or post-conviction stage and whether transcripts are available from those proceedings.

(3) Procure transcripts and/or narrative summaries in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts and file them concurrently with the initial pleading, but in no case later than thirty (30) days after the filing of the initial pleading.

(4)     State whether Petitioner has exhausted available state remedies under the statutes or procedural rules of the state. If Petitioner has not exhausted available state court remedies, provide an analysis of those remedies or indicate whether Respondent waives the exhaustion requirement. Thompson v. Wainwright, 714 F.2d 1495 (11th Cir. 1983).

*(5)     Provide a detailed explanation of whether the petition was or was not filed within the one-year limitation period as set forth in 28 U.S.C. § 2244 (d) (Supp. 1996).*

(6)     Respondents should include a table of contents and a table of citations in its response.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _10th____ day of November, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 11/10
Counsel of Record

Department of Legal Affairs
Office of the Attorney General
210 North Palmetto Ave.
Suite 447
Daytona Beach, Florida 32114